**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　　Lakiesha Bracy<br><br>　　　　　Debtor(s) | Case No. 14 B 19574 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 05/24/2014.

　　2)　The plan was confirmed on 11/05/2014.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/08/2015.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 03/24/2015, 10/20/2015.

　　5)　The case was Dismissed on 11/04/2015.

　　6)　Number of months from filing to last payment: 15.

　　7)　Number of months case was pending: 20.

　　8)　Total value of assets abandoned by court order: NA.

　　9)　Total value of assets exempted: NA.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,100.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,100.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,158.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $275.16 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,433.16** |

Attorney fees paid and disclosed by debtor:    $185.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American InfoSource LP as agent for | Unsecured | 835.98 | 368.83 | 368.83 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris/Med Business Bureau | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| Citifinancial Retail S | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 1.00 | 3,672.20 | 3,672.20 | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ea | Unsecured | 1,742.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 109,321.19 | 109,321.19 | 0.00 | 0.00 |
| Equity Trust Company | Unsecured | 0.00 | 925.00 | 925.00 | 0.00 | 0.00 |
| Equity Trust Company | Unsecured | 0.00 | 817.50 | 817.50 | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 288.44 | 288.44 | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 10,088.60 | 14,721.40 | 14,721.40 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 556.00 | 636.57 | 636.57 | 0.00 | 0.00 |
| Mason Manor Condominium Association | Secured | 12,092.92 | 11,773.79 | 11,773.79 | 2,160.68 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 1,328.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Con | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO Financial Systems | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NCO Portfolio Management | Unsecured | 531.54 | NA | NA | 0.00 | 0.00 |
| Ncofin/980 | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Nordstrom Fsb | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporatio | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Rc | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 713.82 | 3,378.62 | 713.82 | 486.19 | 19.97 |
| Portfolio Recovery Associates | Unsecured | NA | 2,664.80 | 2,664.80 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 1,003.00 | 1,003.74 | 1,003.74 | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 127.05 | 0.00 | 127.05 | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 68,228.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 0.00 | 3,005.97 | 3,005.97 | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 0.00 | 2,207.29 | 2,207.29 | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 0.00 | 4,349.12 | 4,349.12 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $127.05 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $713.82 | $486.19 | $19.97 |
| All Other Secured | $11,773.79 | $2,160.68 | $0.00 |
| **TOTAL SECURED:** | **$12,614.66** | **$2,646.87** | **$19.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $636.57 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$636.57** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$144,785.48** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,433.16 |
| Disbursements to Creditors | $2,666.84 |
| **TOTAL DISBURSEMENTS :** | **$7,100.00** |

**UST Form 101-13-FR-S (9/1/2009)**

     12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/19/2016                       By: /s/ Marilyn O. Marshall
                                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**